# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-1410-SP | Date | January 10, 2018 |
|---|---|---|---|
| Title | MARIA SANTIAGO v. NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | | |
|---|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute**

On February 21, 2017, plaintiff filed a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On March 8, 2017, the court issued its Case Management Order in this matter. The Case Management Order set forth, inter alia, a schedule for filing of the Answer followed by plaintiff's Memorandum in Support of Plaintiff's Complaint. Defendant filed her Answer on July 19, 2017. Plaintiff's Memorandum in Support of Plaintiff's Complaint was therefore due on August 23, 2017.

The parties filed two stipulations for extensions of time for plaintiff to file her Memorandum, which were ordered on August 31, 2017 and October 3, 2017, respectively. Docket nos. 17, 18, 19, 20. Plaintiff then had until October 27, 2017 to file the Memorandum. On October 27, 2017, counsel for plaintiff filed a motion to withdraw as attorney of record, citing a breakdown of the attorney-client relationship. The court granted the motion and gave plaintiff until December 15, 2017 to retain counsel if she wished and to file the Memorandum.

To date, the court has received no such Memorandum from plaintiff. Nor has plaintiff requested or obtained another order from the court granting an extension of time to do so. It therefore appears that plaintiff has violated the court's orders and is not properly prosecuting this matter.

Accordingly, the court hereby issues this Order to plaintiff to Show Cause in writing not later than **January 24, 2018** why this action should not be dismissed for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-1410-SP | Date | January 10, 2018 |
|---|---|---|---|
| Title | MARIA SANTIAGO v. NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration | | |

failure to prosecute. Plaintiff may discharge the Order to Show Cause by filing, not later than January 24, 2018, a written request for a reasonable extension of time for plaintiff to prepare, file, and serve a Memorandum in Support of Plaintiff's Complaint.

**The court warns plaintiff that failure to respond to the Order to Show Cause by January 24, 2018, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**